Opinion issued April 10, 2025



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-24-00149-CV

————————————————

**SONIA ESCOBEDO TREVINO, Appellant**

**V.**

**JOSE LUCIO TREVINO, Appellee**

---

**On Appeal from 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-78720**

---

## MEMORANDUM OPINION

Appellant Sonia Escobedo Trevino, proceeding pro se, filed a notice of appeal challenging the trial court's order denying her Motion to Vacate Protective Order. The clerk's record was due on March 10, 2025.[1]

---

[1]   The reporter's record was filed on March 10, 2025.

On March 13, 2025, the trial court clerk filed an Information Sheet stating Appellant had been notified that the clerk's record was ready but had made no payment arrangements. We notified Appellant that her appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3 (b). We directed Appellant to submit written evidence from the trial court clerk by March 24, 2025, reflecting she paid, or made arrangements to pay, the fee for preparing the clerk's record. *See id.* To date, Appellant has not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.